AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

Eastern District of Pennsylvania

United States of America
v.

MUJAHID DAVIS
*Defendant*

Case No. 25-455-2

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* MUJAHID DAVIS,

who is accused of an offense or violation based on the following document filed with the court:

☒ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:
18:1951(a) AND 2 - ROBBERY AND ATTEMPTED ROBBERY WHICH INTERFERES WITH INTERSTATE COMMERCE, AIDING AMD ABETTING

George Wylesol, Clerk of Court
U.S. District Court, Eastern District of PA

Date: 10/16/2025

Mark Ciamaichelo, Deputy Clerk
*Issuing officer's signature*

City and state: Philadelphia, PA

George V. Wylesol, Clerk of Court
*Printed name and title*

### Return

This warrant was received on *(date)* 10/16/25, and the person was arrested on *(date)* 10/17/25
at *(city and state)* Philadelphia, Pa.

Date: 10/21/25

*Arresting officer's signature*

SA Kurt Friend
*Printed name and title*