UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | . |
| | . |
| Plaintiffs, | . Docket No. 25-mj-2026-1 |
| | . |
| v. | . |
| | . Philadelphia, Pennsylvania |
| DANTE SHACKLEFORD | . Courtroom 5a |
| | . Wednesday, October 8, 2025 |
| Defendant. | . 2:21 p.m. |

. . . . . . . . . . . . . . .

TRANSCRIPT OF PROBABLE CAUSE AND PRETRIAL DETENTION HEARING
BEFORE THE HONORABLE CRAIG M. STRAW
UNITED STATES MAGISTRATE JUDGE

APPEARANCES:

| | |
|---|---|
| For the Plaintiffs: | U.S. Attorney's Office<br>By: ROBERT E. ECKERT<br>615 Chestnut Street<br>Suite 1250<br>Philadelphia, PA 19106<br>215-861-8630<br>robert.eckert@usdoj.gov |
| For the Defendant: | Federal Community Defender<br>By: ANGELA LEVY<br>601 Walnut Street<br>Suite 540 West<br>Philadelphia, PA 19106<br>215-928-1100<br>angie_levy@fd.org |
| Electronic Sound Recorder: | Kimberli Rambo |
| Transcription Service: | Free State Reporting, Inc.<br>1378 Cape St. Claire Road<br>Annapolis, Maryland 21409<br>(410) 974-0947 |

Proceedings recorded by electronic sound recording; transcript produced by transcription service.

INDEX


| PLAINTIFF'S WITNESSES | Direct | Cross | Redirect | Recross | Further Redirect |
|---|---|---|---|---|---|
| Kurt Frimel | 5 | 7 | -- | -- | -- |

| EXHIBITS: | Marked | Received |
|---|---|---|
| Plaintiff: | | |
| 1 (Agent Frimel's Affidavit) | 6 | 7 |

| | Page |
|---|---|
| ARGUMENT: Mr. Eckert | 10 |
| RULING BY THE COURT | 11 |

PHILADELPHIA, PENNSYLVANIA, WEDNESDAY, OCTOBER 8, 2025

(Call to Order of the Court.)

THE COURT: Okay. The next matter before the Court is the United States of America versus Dante Shackleford, 25-mj-2026.

MR. ECKERT: Good afternoon, Your Honor. Bob Eckert for the Government.

THE COURT: Okay. Thank you, Mr. Eckert.

Who do you have --

MS. LEVY: Your Honor --

THE COURT: One second.

Who do you have with you, Mr. Eckert?

MR. ECKERT: Special Agent Chris Frimel with the FBI, Your Honor.

THE COURT: Thank you for that.

And who do we have representing Mr. Shackleford?

MS. LEVY: Good afternoon again, Your Honor. Angela Levy from the Federal Defender. I'm covering for Ms. Toplin on behalf of Mr. Shackleford.

THE COURT: Okay. Mr. Shackleford, you can be seated. Everybody can be seated.

MS. LEVY: If I could have just maybe 30 seconds?

THE COURT: Yeah, absolutely. And my understanding is we're here for a probable cause and a pretrial detention.

MS. LEVY: That's correct.

THE COURT: Okay.

MS. LEVY: Yes.

THE COURT: Thank you.

(Pause.)

MS. LEVY: Your Honor, thank you. I appreciate that.

THE COURT: Okay.

MS. LEVY: We were listed in here today for both a probable cause hearing and pretrial detention hearing.

THE COURT: Yes.

MS. LEVY: I've spoken with Mr. Shackleford, and he is at this point in time going to stipulate to detention.

THE COURT: Okay.

MS. LEVY: With the understanding that he can present a package in the future and apply to a district court judge, or even the magistrate court judge, for release if that's appropriate.

THE COURT: Okay.

MS. LEVY: However, as to the issue of probable cause he does want a probable cause hearing.

THE COURT: Okay. So -- yep, let me turn it over to you and --

MR. ECKERT: Thank you, Your Honor. The Government will call Special agent Kurt Frimel from the Federal Bureau of Investigation.

THE COURT: Yeah, please, come forward, take a seat. Ms. Kroach (ph.) will swear you in before you get seated.

THE CLERK: Raise your right hand, please. State your name, spell your last name, and give us your title.

SPECIAL AGENT: Special Agent Kurt Christopher Frimel. That's F-r-i-m-e-l, and I'm with the FBI.

KURT CHRISTOPHER FRIMEL, PLAINTIFF'S WITNESS, SWORN.

THE CLERK: Thank you.

MR. ECKERT: May I, Your Honor?

THE COURT: You may be seated, and you may proceed, Mr. Eckert.

MR. ECKERT: Thank you, sir.

DIRECT EXAMINATION

BY MR. ECKERT:

Q. Special Agent Frimel, how long have you served as an FBI agent?

A. Approaching two years.

Q. Okay. Were you assigned to investigate a series of armored car robberies that occurred in Philadelphia and the surrounding areas between June and August of 2025?

A. Yes.

Q. All right. Did you prepare a complaint and affidavit in support of a complaint, an arrest warrant, as a result of your investigation?

A. Yes.

Q. Do you see the subject of that arrest warrant present here in court today?
A. Yes, I do.
Q. Can you identify him, please?
A. Yes. He's sitting over there with the defense counsel.
Q. Okay.
MR. ECKERT: And let the record --
THE COURT: Let the record reflect that it's Mr. Shackleford is who the Agent has identified.
MR. ECKERT: Thank you, Your Honor.
BY MR. ECKERT:
Q. Sir, as you sit here today, do you believe that your affidavit that you submitted on October the 3rd of 2025, is true and correct?
A. Yes.
Q. All right. Any changes or additions you need to make to your affidavit?
A. No.
MR. ECKERT: All right. Your Honor, at this time, we would move the affidavit as Government's Exhibit 1.
(Whereupon, the document referred to as Government Exhibit 1 was marked for identification.)
THE COURT: Any objection, Ms. Levy?
MS. LEVY: No objection, Your Honor.

THE COURT: Okay. It's admitted.

MR. ECKERT: Thank you.

(Whereupon, the document referred to as Government Exhibit 1 was received in evidence.)

BY MR. ECKERT:

Q. And Special Agent Frimel will you adopt that affidavit as part of your testimony here today?

A. Yes.

MR. ECKERT: All right. With that, Your Honor, I pass the witness.

THE COURT: Okay.

MR. ECKERT: Thank you, sir.

THE COURT: Thank you for that.

MS. LEVY: Thank you.

CROSS-EXAMINATION

BY MS. LEVY:

Q. Agent Frimel; is that correct?

A. Yes, that's correct.

Q. I just have a couple of questions for you. In reviewing the Affidavit of Probable Cause, you indicated that you prepared that, correct?

A. Correct.

Q. You wrote the text that forms the narrative of the Affidavit of Probable Cause?

A. Correct.
Q. And in the Affidavit of Probable Cause, you reference a phone number 835-213-8295, correct?
A. I'd have to see that.
Q. You want me to pass up a copy?
MR. ECKERT: May I approach, Your Honor?
THE COURT: Yes, you may.
BY MS. LEVY:
Q. Specifically I'm looking at page 10.
A. Page 10? And can you repeat that number for me?
Q. Yes. The phone number I'm speaking of is 835-213-8295.
A. Yes.
Q. And that is a number that you allege to be associated with Mr. Shackleford, correct?
A. Yes.
Q. As I understand it the only thing you have connecting him to that number is a bank account that was opened at the Fulton Bank; is that correct?
A. There are other stuff that we have connected to him as well.
Q. What other stuff?
A. So the IP address used to access his Instagram is consistent with the IP address used on that phone, based the records that we received from the -- from T-Mobile.
Q. And what do you have that connects to the Instagram

account to verify that that's Mr. Shackleford's Instagram account?

A. Photos of himself. Specifically a profile picture photo with him in it.

Q. Okay. A large portion of your investigation Agent Frimel was based upon this particular phone number, correct?

A. And other stuff as well.

Q. Sure. But you -- based on this phone number you issued subpoenas and got information from telephone companies, correct?

A. Correct.

Q. And part of that information that you received was location data?

A. Correct.

Q. And you would agree that the location data tells you where the phone is located, right?

A. Correct.

Q. Not necessarily -- you can't necessarily say that a person was in that location but that a phone was in that location?

A. That is correct.

MS. LEVY: Thank you. I don't have any further questions, Your Honor.

THE COURT: Any follow-up, Mr. Eckert?

MR. ECKERT: No, Your Honor. Thank you.

THE COURT: Okay. You may step down Agent Frimel.

THE WITNESS: Thank you, Your Honor.

THE COURT: Thank you.

(Witness excused.)

THE COURT: Anything further?

MR. ECKERT: I'm happy to argue if the Court desires it.

THE COURT: Yeah.

MR. ECKERT: Sure. So --

THE COURT: Briefly.

PLAINTIFF'S CLOSING ARGUMENT

MR. ECKERT: Sure. What the complaint sets forth is that the -- both the, the phone that he had previously which he dropped two days after the, the successful robbery where they got $100,000, and the phone that he picked up after that, which was later identified in this custody affidavit, they both spent the overnight hours at the same place. Which is 1133 Christian Street, which was the residence of his girlfriend, and where he was observed on a pole camera leaving on the date of his arrest, October 3rd, 2025, which would be more than ample probable cause that he was in possession of that phone number during the dates in question.

Thank you, Your Honor.

THE COURT: Thank you, Mr. Eckert.

Ms. Levy.

MS. LEVY: I don't have any further argument at this time, Your Honor.

THE COURT: Okay. Thanks.

RULING BY THE COURT

After hearing the information I've actually had a chance to review the complaint and warrant that was issued in this matter. Hearing Agent Frimel's testimony, I'm going to find that there is probable cause in this matter based on the fact that there is connection between Mr. Shackleford and the phone, and the phone and the locations of where the armed robberies happened -- armored, armored car robberies happened. Based on that there's sufficient evidence here on that issue.

In regards to detention, there's a stipulation of detention in this matter. So I'm going to find that Mr. Shackleford should be detained, and I'm going to remand him into the custody of the U.S. Marshals.

And I thank you all for your argument.

MR. ECKERT: Thank you, Your Honor.

MS. LEVY: Thank you, Your Honor.

(Proceedings concluded at 2:32 p.m.)

CERTIFICATION

I, Katherine Motley, court-approved transcriber, certify that the foregoing is a correct transcript from the official electronic sound recording of the proceedings in the above-entitled matter.

Katherine Motley ______________________________ November 2, 2025
Katherine Motley Date